UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MULROONEY,

    Petitioner,

v.      Case No. 8:16-cv-1571-T-36JSS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## **ORDER**

THIS MATTER is before the Court on Respondent's Motion to Strike Federal Petition for Lack of Fact Pleading and/or Notice Pleading. (Dkt. 11.) Upon consideration, it is **ORDERED** that Respondent's Motion to Strike (Dkt. 11) is **DENIED**. Respondent shall respond to the Petition (Dkt. 3) on or before October 24, 2016.

**DONE** and **ORDERED** in Tampa, Florida, on September 22, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

SA:sfc

Copies furnished to:
Pro Se Petitioner
Counsel of Record